**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7341**

_____

MICHAEL A. WEBB,

                              Plaintiff - Appellant,

        versus

DOCTOR BAILEY, Dentist; MISS MESSEN, Dental
Assistant,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00345-gec-mf)

_____

Submitted:  January 25, 2007        Decided:  January 30, 2007

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael A. Webb, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Webb appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to state a claim under 28 U.S.C. § 1915(A)(6)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Webb v. Ray</u>, 7:06-CV-00343-gec-mf (W.D. Va. June 6, 2006).[*] We deny Webb's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]Ray was removed as a party on appeal.